UNITED STATES of America,
Plaintiff–Appellee,

v.

John Eric TOODLE, Defendant–
Appellant.

No. 10–15734
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 16, 2011.

Ramona C. Albin, Joseph Paul Montminy, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Alison Wallace, Attorney at Law, Pelham, AL, for Defendant–Appellant.

Before TJOFLAT, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed appellate counsel for John Eric Toodle in his appeal of the district court's revocation of his supervised release, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANT-** ED, and the order revoking Toodle's supervised release, and imposing a two-year term of imprisonment to be followed by a three-year term of additional supervised release, is **AFFIRMED**.